**Order filed, July 08, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00542-CV

———————

**RICHARD FAWCETT, KEVIN ROBERTS, DARRIN PITTS, GEORGE LILLARD, CHRISTOPHER MATTHEWS, ARMANDO FLORIDO, DAVID VOKOVIC, KEN KIRKPATRICK, JAMES LEMONS, DOUGLAS HISSONG AND DANNY FULLER, SR., Appellant**

**V.**

**BOGDAN GROSU, Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-70041**

## ORDER

The reporter's record in this case was due **June 29, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM